UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HIGGINS-VOGT,<br><br>    Plaintiff,<br><br>    v.<br><br>J. DOERER,<br><br>    Defendant. | Case No.: 1:24-cv-1188 JLT GSA (PC)<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 6) |

Matthew Higgins-Vogt seeks to hold J. Doerer, Warden at United States Penitentiary Atwater, liable for violations of his civil rights while incarcerated at the facility.[1] The assigned magistrate judge found Plaintiff failed to obey the Court's order and failed to prosecute the action. (Doc. 6 at 1-2.) The magistrate judge found terminating sanctions are appropriate, after considering the factors identified by the Ninth Circuit in *Malone v. United States Postal Service,* 833 F.2d 130 (9th Cir. 1987). (*Id.* at 2-4.) Thus, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 6 at 5.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing

---

[1] On October 3, 2024, the Court severed Plaintiff's claims from *Benanti v. Doerer*, Case No. 1:24-cv-01108-CDB (PC) and directed Plaintiff to: (1) file a signed complaint bearing his own case number; and (2) submit a completed application to proceed *in forma pauperis* or pay the $405.00 filing fee to proceed with this action. (*See* Doc. 2 at 6-9.)

1

*Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated February 25, 2025 (Doc. 6) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and failure to comply with the Court's order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 21, 2025**

UNITED STATES DISTRICT JUDGE

2